IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00434–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS CREPEAU,

    Defendant.

## ORDER

This matter is before the court on Defendant's motion to recuse (#69). The motion does not state a sufficient ground for recusal. It is therefore DENIED.

**SO ORDERED.**

Dated this 25th day of August, 2008.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      Chief United States District Judge